UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RLED, LLC, a California
Limited Liability Company,

        Plaintiff,

   v.

DAN GOOD DISTRIBUTING
COMPANY, INC., aka DAN
GOOD DISTRIBUTION COMPANY,
INC., a business entity
form unknown; CALIFORNIA
WINE COCKTAIL CO., INC.,
a California Corporation,
DENIS BONOFILIO, individually
aka DENIS BONFILIO,
individually,

        Defendants.
                                  /

NO. CIV. S-08-851 LKK/DAD

O R D E R

Plaintiff has filed a motion for preliminary injunction in conjunction with their opposition to defendants' motion to dismiss, currently set for July 11, 2008. The hearing on both motions is therefore continued to July 25, 2008 at 10:00 a.m. Defendants shall file an opposition to the motion for preliminary injunction by July 11, 2008, and plaintiff may file a reply by July 18, 2008.

1

1 Defendants' reply brief to the motion to dismiss will be due July
2 3, 2008.
3     IT IS SO ORDERED.
4     DATED: June 30, 2008.

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```