```
                      UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

RLED, LLC, a California
Limited Liability Company,
                                           NO. CIV. S-08-851 LKK/DAD
          Plaintiff,

     v.

DAN GOOD DISTRIBUTING
COMPANY, INC. aka DAN
GOOD DISTRIBUTION COMPANY,
INC., a business entity
form unknown, CALIFORNIA
WINE COCKTAIL CO., INC.,
a California Corporation,
DENIS BONOFILIO, individually,
aka DENIS BONFILIO,
individually,

          Defendants.
                                      /
```

Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

IT IS SO ORDERED.

DATED: August 6, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT