Michael S. Sutton - Bar No. 94592
Kathleen M. Lord- Bar No. 194679
**SUTTON & MURPHY**
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560
msutton@suttonmurphy.com
klord@suttonmurphy.com

Attorneys for Plaintiff, RLED, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RLED, LLC, A California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DAN GOOD DISTRIBUTING COMPANY, INC. aka DAN GOOD DISTRIBUTION COMPANY INC. A business entity form unknown, CALIFORNIA WINE COCKTAIL CO., INC. A California Corporation, DENIS BONOFILIO, individually aka DENIS BONFILIO, individually, Defendants. | CASE NO.: 2:08-CV-00851-LKK-DAD <br><br> **JUDGMENT** <br><br><br> Complaint Filed: April 22, 2008 <br> Pretrial Conference: July 7, 2008 |

IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

That by virtue of acceptance of Defendants' Amended Offer of Judgment Pursuant to Federal Rules of Civil Procedure, Rule 68, plaintiff is granted a permanent injunction against Dan Good Distributing Company, Inc. aka Dan Good Distribution Company Inc., California Wine Cocktail Co., and Denis Bonofilio aka Denis Bonfilio (hereinafter collectively referred to as "Defendants"). Defendants, their officers, agents, servants, employees, attorneys, and all those in active concert and participation from them are

restrained and enjoined from:

1. Using the Roaring Lion Energy Drink trademark Registration Number 2,610,769 ("Roaring Lion trademark") for any purpose other than selling product that has been manufactured and purchased from RLED, LLC;
2. Using any mark that imitates or is similar to the Roaring Lion trademark; and
3. Passing off any counterfeit products.

The Permanent Injunction is based on the Court's signed order of August 28, 2008.

Plaintiff is to recover costs in accordance with the Cost Bill to be filed after entry of Judgment.

DATED: March 30, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT